IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP HARRIS, LINDA HARRIS,
KYLE HEISTAND, and BENJAMIN
HARRIS,

Plaintiffs-Counterdefendants,

v.

W. SCOTT PETERSON, et al.,

Defendant-Counterplaintiff,

and

W. SCOTT PETERSON,                                                  No. 09-533-DRH

Third-Party Plaintiff,

v.

NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA,

Third-Party Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Third-Party Plaintiff W. Scott Peterson's Notice of Voluntary Dismissal with Prejudice of Third-Party Complaint Against Nationwide Affinity Insurance Company of America (Doc. 24). Specifically, Third Party-Plaintiff Peterson seeks to dismiss with prejudice his third-party complaint against Nationwide Affinity Insurance Company of America as the parties have settled the claims at issue. Therefore, the Court **ACKNOWLEDGES** the notice of dismissal and

**DISMISSES with prejudice** Third-Party Plaintiff Peterson's claims against Nationwide.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2010.

/s/   David R Herndon

**Chief Judge
United States District Court**